Judson I. Jewell, Respondent, v. Garra K. Lester, Appellant.— Judgment affirmed, with costs. All concurred.

Lehigh Valley Railroad Company, Respondent, v. Amasa J. Parker, Appellant.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

Otis C. Brand, Respondent, v. Frances Saphore, Appellant.— Judgment and orders affirmed, with costs. All concurred.

Chester W. Conant and Others, as Water Commissioners of a Certain Water District in the Town of Sodus, Wayne County, New York, Appellants, v. Emma S. Harrison and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred; Robson, J., not sitting.

William Sideris, Appellant, v. Almahar Construction Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Fred B. Chapman, Respondent, v. Globe Malleable Iron and Steel Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence on the questions of defendant's negligence and plaintiff's freedom from contributory negligence. All concurred, except Kruse, P. J., who dissented.

Samuel Holman, Respondent, v. The City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented upon the ground that plaintiff failed to file the notice required by section 1 of chapter 572 of the Laws of 1886,* showing the place at which the injuries complained of were received.

Painted Post Lumber Company, Respondent, v. Harris Barth, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Charles A. Hoyler, Appellant, v. Martha Hoyler, Respondent.— Judgment reversed and new trial granted, without costs. Held, that the

---

* See Gen. Mun. Law (Consol. Laws, chap. 24; Laws of 1909, chap. 29), §§ 240, 241.— [REP.